State v. Farris

STATE OF NORTH CAROLINA v. GEORGE FRANKLIN FARRIS

No. 7025SC661

(Filed 16 December 1970)

**Criminal Law § 138— sentence of defendant different than sentence of co-conspirator**

The fact that defendant did not receive the same sentence as that received by one of his co-conspirators is not ground for legal objection.

APPEAL by defendant from *McLean, Judge,* 31 August 1970 Criminal Session of CATAWBA County Superior Court.

The defendant, along with eight others, was charged in a bill of indictment with conspiracy to utter forged instruments, namely, payroll checks drawn on Broyhill Furniture Industries.

The defendant, in person and through his court-appointed attorney, entered a plea of guilty. The trial judge ascertained and adjudicated in open court that the plea was entered freely, voluntarily and understandingly. From a sentence of not less than nine and one-half years to not more than ten years in the State Department of Correction, the defendant appeals.

*Attorney General Robert Morgan, by Deputy Attorney General R. Bruce White, Jr., and Staff Attorney Ladson F. Hart for the State.*

*Larry W. Pitts for defendant appellant.*

CAMPBELL, Judge.

The defendant assigns as error that he did not receive a sentence the same as the sentence imposed upon one of the co-conspirators. There is no merit in this assignment of error. *State v. Garris,* 265 N.C. 711, 144 S.E. 2d 901 (1965).

We have reviewed the record in this case and find no prejudicial error.

No error.

Judges BRITT and HEDRICK concur.